**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) **CRIMINAL NO. 1:25-00020-KD-3** |
| | ) |
| **JACK CARNELL ROWE,** | ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, **JACK CARNELL ROWE**, by consent appeared along with his counsel of record, Melvin Dixon, before the undersigned Magistrate Judge on February 19, 2026, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Defendant entered a plea of guilty to Count One of the Indictment, charging a violation of Title 21, United States Code, Section 846, Conspiracy to Possess with Intent to Distribute Methamphetamine (Actual).

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was made knowingly and voluntarily and that the offenses charged in the Indictment are supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant, **JACK CARNELL ROWE**, be adjudged guilty and have sentence imposed accordingly.

Defendant's sentencing hearing before United States District Judge Kristi K. DuBose is set for **June 26, 2026, at 11:00 a.m. (Central)**, pending the adoption of this Report and Recommendation.

**DONE** this the 19th Day of February, 2026.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**